# PETITIONER'S OPPOSITION TO RESPONDENT'S MOTION TO DISMISS - EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Jeanfranco Alejandro Flores Salazar,<br><br>Petitioner,<br>vs.<br><br>Antone Moniz, Superintendent,<br>Plymouth County Correctional Facility,<br><br>Respondent. | **Case No: 1:25-cv-11159-LTS** |

**<u>Supplemental Declaration of Jeanfranco Alejandro Flores Salazar</u>**

I, Jeanfranco Alejandro Flores Salazar, state that the following facts are true and accurate, based on my personal knowledge, and that I am competent to testify to the truth and accuracy of the same:

1. On Friday, May 9, 2025, I was transferred from Plymouth County Correctional Facility to the ICE Field Office in Burlington, Massachusetts.

2. I could see my attorney waiting for me in the parking lot when I arrived in Burlington, but I was told I would not be released that night. I was not allowed to call my attorney to tell her this.

3. I was held overnight in a holding cell in Burlington. In the morning, I was outfitted with an ankle monitor and given some paperwork.

4. **Sub-Exhibit A** is a true and correct copy of the paperwork given to me by ICE on May 10, 2025.

5. I was allowed to leave the Burlington ICE office on May 10, 2025, to travel to my new residence in Harker Heights, Texas.

6. The paperwork given to me had pages numbered 1, 2, 3, and 5, but no page 4. I only noticed this once I left the Burlington ICE office. I was worried that I might be missing page 4 with important information, so I asked my attorney to ask ICE for the missing page. My attorney asked ICE, but she did not receive a response. I still don't know if there are important instructions I missed on page 4.

7. The paperwork given to me instructed me to report to "duty officer" on May 22, 2025, at 9 AM. I did not know what this meant so I asked my attorney. My attorney did not know what this meant either, so she asked ICE to clarify via email.

8. My attorney was told by ICE that I should report to the "nearest ICE office" on May 22, 2025, at 9 AM.

9. The nearest ICE office to my home in Harker Heights, Texas is in San Antonio, 151 miles away. The second nearest ICE office is in Dallas, 155 miles away. The third nearest ICE office is in Houston, 178 miles away.

10. I do not own a car, so my friend William paid for an Uber to take me to San Antonio, and I reported to the ICE office there promptly at 9 AM on May 22, 2025.

11. When I got to the San Antonio ICE office, I was told I needed to report to the Houston ICE Office at 9 AM and I was now out of compliance with my order of supervision.

12. I was extremely stressed because the Houston office is 204 miles from the San Antonio office, and I had no car or money to get there.

13. I asked my attorney to contact ICE to explain the situation and they told her they would forgive my lack of appearance in Houston that morning, but I needed to get to Houston that day.

14. Thankfully, William paid for an Uber to drive me the 3.5 hours to Houston.

15. When I got to the ICE office in Houston, I was told I actually had to go to a different location in Houston, to the Intensive Supervision Appearance Program (ISAP) office. I again had to call William and ask him to pay for an Uber.

16. I finally reached the Houston ISAP office, where they gave me paperwork to sign and explained the restrictions I was being placed under.

17. **Sub-Exhibit B** is a true and correct copy of paperwork given to me at the ISAP office on May 22, 2025.

18. I was told I could not travel outside a specific area of Texas. **Sub-Exhibit C** is a true and correct copy of the map I was given at the ISAP office on May 22, 2025, showing the zone I was restricted to.

19. I asked my ISAP caseworker if I could go to work and provided the address of my place of work. On Friday, May 23, 2025, the ISAP caseworker told me I could go to work at that address.

20. On Saturday, May 24, 2025, I went to work at the address I had provided to the ISAP caseworker. On my way there, the ankle monitor started to vibrate, and I received a message on my phone saying I was leaving the zone I was restricted to.

21. I was in deep fear of being sent back to a detention facility because of this. It was the weekend, so I could not reach my attorney or the ISAP caseworker. I left work immediately and went home and prayed that I would not be sent back to detention.

22. I stayed at home until Monday when I could reach my ISAP caseworker. On Monday, May 26, 2025, my ISAP caseworker told me I can now travel throughout the state of Texas, but I cannot leave the state.

23. I am constantly afraid that I will be told that I violated the supervision order and will be re-detained.

24. The ankle monitor requires frequent charging and I fear if I get stuck somewhere and I cannot charge it, I will be accused of violating the order.

25. I have to report in person to the Houston ISAP office again on June 5, 2025.

26. I have family in the United States – in Florida and in Pennsylvania – but I cannot see them because of the travel restriction.

27. I have been ordered to apply for a passport at the Venezuelan consulate. I cannot do this because I fear political persecution from the Venezuelan government. But I also fear that if I do not apply for a passport, ICE will re-detain me.

28. In sum, I live in daily fear of being sent back to a detention facility because of an alleged violation of the order of supervision. The instructions I have received have been confusing or contradictory. I am not free to travel, see my family or live my life without surveillance.

I affirm that the foregoing is true and accurate, to the best of my personal knowledge, and do so under the pains and penalties of perjury. Executed this 29th day of May 2025, by:

*/s/ Jeanfranco Alejandro Flores Salazar*

# SUB-EXHIBIT A

DEPARTMENT OF HOMELAND SECURITY
U.S. Immigration and Customs Enforcement

**ORDER OF RELEASE ON RECOGNIZANCE**

Name: See I-831

File No.: 244 629 080

Date: May 10, 2025

You have been arrested and placed in removal proceedings. In accordance with section 236 of the Immigration and Nationality Act and the applicable provisions of Title 8 of the Code of Federal Regulations, you are being released on your own recognizance provided you comply with the following conditions:

☐ You must report for any hearing or interview as directed by Immigration and Customs Enforcement or the Executive Office for Immigration Review.

☒ You must surrender for removal from the United States if so ordered.

☐ You must report in (writing) (person) to Duty officer at May 22, 2025 on 9AM as directed.

If you are allowed to report in writing, the report must contain your name, alien registration number, current address, place of employment, and other pertinent information as required by the officer listed above.

☐ You must not change your place of residence without first securing written permission from the officer listed above.

☒ You must not violate any local, State or Federal laws or ordinances.

☐ You must assist Immigration and Customs Enforcement in obtaining any necessary travel documents.

☐ Other: *Your release is contingent upon your enrollment and successful participation in an Alternatives to Detention (ATD) program as designated by the U.S. Department of Homeland Security. As part of the ATD program, you will be subject to electronic monitoring and may be subject to a curfew. Failure to comply with the requirements of the ATD program will result in a redetermination of your release conditions or your arrest and detention.*

*If fitted with a U.S. Immigration and Customs Enforcement GPS tracking ankle bracelet, do not tamper with or remove the device. Under federal law, it is a crime to willfully damage or attempt to damage property of the United States. Damaging or attempting to damage the GPS tracking ankle bracelet or any of its associated equipment (including, but not limited to, the charging station, batteries, power cords, etc.) may result in your arrest, detention, and prosecution under 18 U.S.C. § 1361 and/or 18 U.S.C. § 641, each punishable by a fine, up to ten years imprisonment, or both.*

☒ See attached sheet containing other specified conditions (Continue on separate sheet if required)

**NOTICE: Failure to comply with the conditions of this order may result in revocation of your release and your arrest and detention by Immigration and Customs Enforcement.**

SHNIDER, I 8720
SDDO
(Name and Title of ICE Official)

**Alien's Acknowledgement of Conditions of Release under an Order of Recognizance**

I hereby acknowledge that I have (read) (had interpreted and explained to me in the Spanish language) the contents of this order, a copy of which has been given to me. I understand that failure to comply with the terms of this order may subject me to a fine, detention, or prosecution.

ROLTSCH, G.
Deportation Officer
(Signature of ICE Official Serving Order)

X Jeanfranco
(Signature of Alien)

05/10/2025
Date

I hereby cancel this order of release because:

☐ The alien failed to comply with the conditions of release. ☐ The alien was taken into custody for removal.

(Signature of ICE Official Cancelling Order) Date

ICE Form I-220A (10/20) Page 1 of 5

DEPARTMENT OF HOMELAND SECURITY
U.S. Immigration and Customs Enforcement

## ORDER OF RELEASE ON RECOGNIZANCE
### (CONTINUATION PAGE)

| | | | |
|---|---|---|---|
| Alien Name: See I-831 | | Picture | Right Index Print |
| File Number: 244 629 080 | Date: May 10, 2025 | | |
| Alien's Signature: x Jeanfranco | | | |
| Alien's Telephone Number (if any): 979 739-6561 | | | |
| Alien's Address: 120 West Mark Road Harkfer Heights, TX 76548 | | | |

**PERSONAL REPORT RECORD**

| Date | Officer | Comment/Changes |
|---|---|---|
| May 22 9Am | Duty | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| | |
|---|---|
| Signature: [signature] | Title: Deportation Officer |

ICE Form I-220A (10/20)

Page 2 of 5

DEPARTMENT OF HOMELAND SECURITY
U.S. Immigration and Customs Enforcement

# ORDER OF RELEASE ON RECOGNIZANCE
## (ADDENDUM)

Name: See I-831

File No.: 244 629 080

Date: May 10, 2025

- [x] That you do not associate with known gang members, criminal associates, or be associated with any such activity.
- [ ] That you register in a substance abuse program within 14 days and provide ICE with written proof of such within 30 days. The proof must include the name, address, duration, and objectives of the program as well as the name of a counselor.
- [ ] That you register in a sexual deviancy counseling program within 14 days and provide ICE with written proof of such within 30 days. You must provide ICE with the name of the program, the address of the program, duration and objectives of the program as well as the name of a counselor.
- [ ] That you register as a sex offender, if applicable, within 7 days of being released, with the appropriate agency(s) and provide ICE with written proof of such within 10 days.
- [x] That you do not commit any crimes while on this Order of Release on Recognizance.
- [ ] That you report to any parole or probation officer as required within 5 business days and provide ICE with written verification of the officer's name, address, telephone number, and reporting requirements.
- [ ] That you continue to follow any prescribed doctor's orders whether medical or psychological including taking prescribed medication.
- [x] That you provide ICE with written copies of requests to Embassies or Consulates requesting the issuance of a travel document.
- [ ] That you provide ICE with written responses from the Embassy or Consulate regarding your request.
- [x] Any violation of the above conditions will result in revocation of your employment authorization document.
- [x] Any violation of these conditions may result in you being taken into ICE custody and you being criminally prosecuted.
- [ ] Other:

x Jeanfranco
(Signature of Alien)

ICE Form I-220A (10/20) Page 3 of 5

U.S. Department of Homeland Security

Continuation Page for Form I-220A

| | | |
|---|---|---|
| Alien's Name<br>See I-831 | File Number<br>244 629 080<br>Event No: TOD2503011516 | Date<br>May 10, 2025 |

Alien Name
----------
FLORES SALAZAR, JEANFRANCO ALEJANDRO

| | |
|---|---|
| Signature<br>ROLTSCH, G. | Title<br>Deportation Officer |

5 of 5 Pages

Form I-831 Continuation Page (Rev. 08/01/07)

# SUB-EXHIBIT B

## Intensive Supervision Appearance Program
## Program Rules Agreement

| AGREEMENT |
|---|
| On this date 05/22/2025, this contract is agreed to by JEAN FRANCO FLORES-SALAZAR and BI Incorporated. This contract defines the mutual responsibilities of each party in the ISAP program. Participant, your signature below signifies understanding and agreement with all of the following supervision requirements and ISAP rules. Failure to abide by these rules may result in ICE altering your release conditions which may include increased case management, increased technology assignment, or detention. |

| PARTICIPANT RIGHTS |
|---|
| 1. The right to expect that your lifestyle, religious preference, values, cultural heritage and practices will be honored regardless of race, color, religion, national origin, age, sex, economic status, political affiliation, sexual orientation, or physical disability. |
| 2. The right to be treated with respect in regard to personal matters with sensitive concern shown when these matters are shared with other staff and Immigration and Customs Enforcement (ICE). |
| 3. The right to confidentiality with the exception of information requested by ICE or that you have authorized ISAP to release. |
| 4. The right to seek and receive medical care and medical treatments outside of your geographic area. If you need emergency care, and cannot wait to speak with your Case Specialist, please provide confirmation from your medical provider following your return. |

| PARTICIPANT RESPONSIBILITIES |
|---|
| 1. Comply with all ICE, Court requirements, and Orders of Release. |
| 2. Comply with all ISAP requirements set forth in the ISAP Participant Handbook. |
| 3. If required to participate in Electronic Monitoring (EM), comply with the rules and regulations as set forth in the Participant Agreement EM Forms. |
| 4. Do not use illegal drugs of any kind or drink excessively while participating in the ISAP Program. |
| 5. Do not possess any illegal weapons including but not limited to rifles, shotguns, pistols, or any other illegal knives, etc. |
| 6. Follow all United States laws and do not commit any criminal acts. Report any contacts with law enforcement to your Case Specialist within 24 hours. |
| 7. Cooperate with ISAP staff and answer all questions accurately and completely. |
| 8. Provide or authorize release of any information requested by ISAP staff. |
| 9. If allowed to work pursuant to US Immigration Law, provide all employment information to your Case Specialist. |
| 10. Comply with your weekly schedule and/or conditions of your schedule imposed by ICE. You may be requested at any time while in the ISAP program to verify your location 24 hours a days, seven days a week. |
| 11. Update your Case Specialist of any potential changes in your living arrangements, including a change of address, telephone number, or minor dependent living arrangements. *NOTE:* Changing your address and/or phone number requires ICE approval. |
| 12. Respect and recognize the confidentiality interests of every other Participant in BI Incorporated programs by not sharing any information about other Participants with anyone. |
| 13. Comply with all required and scheduled appointments with ISAP and as directed by ICE. |
| 14. Be on time for all court, ERO, and ISAP appointments. |

© 2016 BI Incorporated Proprietary & Confidential BI Incoporated is a registered trademark · T26-06-058

## Intensive Supervision Appearance Program
## Program Rules Agreement

| PARTICIPANT RESPONSIBILITIES |
|---|
| 15. Allow authorized personnel to enter your residence for all required home visits. |
| 16. Carry your ISAP identification card with you at all times (you may be charged a fee if the card is lost). |
| 17. Do not smoke in any ISAP facility. |

| CHECK-IN FACILITY POLICIES |
|---|
| 1. Office Hours: Check-In office hours are Monday-Friday 8 AM to 5 PM. Special holiday hours will be posted in advance. |
| 2. No inappropriate paraphernalia or clothing may be worn or displayed while in an ISAP facility. |
| 3. While on ISAP property, Participant's possessions or vehicles are subject to search. |
| 4. No weapons of any kind are allowed in any ISAP facility. Weapons brought into a facility will result in notification to ICE, a written incident report, and if deemed necessary, termination from the program and the police being contacted. |
| 5. Participant will not engage in any fighting or aggressive behavior with any staff member, family member, or any other individual at the ISAP office. |
| 6. BI ISAP Office Emergency Number: +1 8326801490 |
| 7. ICE Office: {EROOfficePhone} |

| GRIEVANCE PROCEDURE |
|---|
| Participants dissatisfied with any portion of the program, supervision plan, or program sanctions have the option of filing a grievance. The grievance will be forwarded to the ISAP Program Manager, who will discuss and if possible, resolve the grievance within three working days. If the grievance is not resolved or you are not comfortable with reporting the grievance to the ISAP Program Manager, you may notify ICE. |

| PROGRAM MATERIALS |
|---|
| I acknowledge receiving the following resources in an effort to make my time spent on the ISAP Program productive and successful: local community resource service listings, list of local pro-bono legal service providers, and an ISAP Participant Handbook. Know Your Rights is available to all ISAP Participants online via https://youtu.be/-bdLbk6n2b8 |

| ACKNOWLEDGEMENT OF REVIEW | |
|---|---|
| **I give my consent to participate in the program and agree to the above terms. I have attended a comprehensive Orientation on 05/22/2025. I have read and understand all of the above conditions and referenced documents, including the ISAP Participant Handbook, and agree to pursue and achieve the objectives of the contract. I understand and agree that if circumstances change, I may request a review of this contract. I will make every reasonable effort to achieve my stated objectives and realize that my failure to do so may be cause for termination from the ISAP Program.** | |
| Participant Name: JEAN FRANCO FLORES-SALAZAR | Alien Number: 244629080 |
| Participant Signature: *JEAN FRANCO FLORES-SALAZAR* | Date: *5/22/2025 at 16:26* |
| Case Specialist Signature: *Rachel (CS) Tracy* | Date: *5/22/2025 at 16:26* |

© 2016 BI Incorporated Proprietary & Confidential BI Incoporated is a registered trademark · T26-06-058 

BI

## Individual Service Plan

**Report Date: 05/22/2025**
**Created By: Michaella Cruz**
**ISAP Office: BI ISAP Houston**
**Enrollment Date: 5/10/2025**
**Participant Name: JEAN FRANCO FLORES-SALAZAR**
**Alien #: 244629080**
**Assigned Case Specialist: Michaella Cruz**

### Personal Information

**Primary Address: 120 W Mark Rd , Harker Heights, TX**
**Home Phone: +1 4072883792**
**Mobile Phone:**

### Supervision Plan

**Legal Stage: Pre-Order**
**Service Plan: Office Visits Every Four Weeks, ISAP Case Management, ISAP Court Tracking**
**Technology: BI LOC8 XT for ISAP**
**Frequency of Reporting: Face to Face 06/05/2025 - no end; Occurs every 16 Weeks on Thursday at 09:15**

You are required to report to the ISAP office according to the schedule listed above unless you obtain the consent of your ISAP Case Specialist. If you are enrolled on Electronic Monitoring, you will comply with the rules and expectations of Electronic Monitoring. If you are enrolled on GPS, you will not attempt to tamper with or remove the GPS unit for any reason. If you are enrolled on Telephonic Reporting or SmartLINK, you will complete the phone calls or check-ins as required and immediately report any changes related to the telephone number that you provided for these calls or check-ins. You will abide by a weekly schedule, and will notify your Case Specialist of any changes a minimum of 24 hours in advance. You understand that Home Visits may be completed within times that your schedule indicates you are home. You must also comply with all program rules as well as any additional requirements listed in your ERO Order of Recognizance or Order of Supervision.

### Translation Plan

**Languages Spoken: Spanish**
**English Spoken Proficiency: Interpreter Required**

## Personal Contacts

**Name: ASHLEY KOBAK**
**Relationship: Friend**
**Address: 205 CUTTINGHORSE LANE Florence TX 76527**
**Phone: +1 2196285528**
**Lives with Participant: False**
**Last Verified On:**

**Name: WILLIAM GANN**
**Relationship: Friend**
**Address: 205 CUTTINGHORSE LANE Florence TX 76527**
**Phone: +1 9797396561**
**Lives with Participant: False**
**Last Verified On:**

**Name: FRANMARIS FLORES**
**Relationship: Sibling**
**Address: 531 Coconut Palm Way Davenport FL 33897**
**Phone: +1 8324347779**
**Lives with Participant: False**
**Last Verified On: 05/22/2025**

## Legal Plan

**Plan: -You are currently in the Pre-Order legal stage -You will attend your court hearing as scheduled and report the results of that hearing to ISAP immediately afterward. -You will inform ISAP if there are any changes in your legal representation or status. -If you are ever in need of legal referrals you may obtain a list from the ISAP office. -You will notify ISAP immediately or as soon as possible should you have contact with law enforcement for any reason. -You will check the automated court system together with your Case Specialist at every office visit to verify future court hearings**

**Attorney Name:**
**Attorney Address:**
**Attorney Phone:**

**Criminal Activity**

**No known criminal activity**

**Departure Plan**

**Departure Date:**

**Departure Plan Comment: -You are currently in the Pre-Order legal stage -In the event you receive an order of removal, we have discussed the following: Plan to save money in the event an OR is given**

**Additional Travelers:**

**Additional Travelers Comment:**

**Travel Method:**

**Travel Document**

**Document Status: Instructed to Visit Consulate**
**Issuing Country:**
**Document Type:**
**Document Number:**
**Submitted By:**
**Submitted On:**
**Expiration Date:**
**Plan: -You will visit consulate to apply for your passport -The consulate is located at HOU -You will need to bring TD with you. -Your mode of transportation planned is BUS -Other Instructions:**

**Community Referrals**

**Notes: -You and the Case Specialist agreed that no community referrals are needed at this time. -The Case Specialist will continue to assess you at each visit for any needed services. -You have been made aware of the community referrals available and agree to alert staff if a referral would be helpful.**

| | |
|---|---|
| *JEAN FRANCO FLORES-SALAZAR* | *5/22/2025 at 16:25* |
| **Participant** | **Date** |
| *Rachel (CS) Tracy* | *5/22/2025 at 16:25* |
| **Case Specialist** | **Date** |

## Intensive Supervision Appearance Program

# GPS Agreement

Participants required to be monitored with GPS technology, will be monitored using a BI GPS tracking device.

| AGREEMENT |
|---|
| 1. While in the Electronic Monitoring Program, I agree to wear a non-removable ankle bracelet, which will be attached by my Case Specialist, and place the Beacon in my residence. |
| 2. I understand that entrance into the Electronic Monitoring Program requires electrical services at my residence. |
| 3. I agree that it is my responsibility to maintain electrical service at my residence during my time in the Electronic Monitoring Program. |
| 4. I agree to keep the GPS tracking device charged as required. I understand and agree to the care and maintenance requirements of the GPS tracking device. |
| 5. I agree not to remove or tamper with the GPS tracking device or the Beacon except as needed in an emergency or with prior approval from my Case Specialist. |
| 6. I agree to allow authorized personnel to inspect and maintain the GPS tracking device and Beacon during office visits and at my residence. |
| 7. I understand that I must strictly adhere to my approved schedule. |
| 8. I understand that all schedule change requests must be made at least 24 hours in advance by calling +1 8326801490 and leaving a message. Calls will be returned during office hours only. Office hours are Monday - Friday, 08:00 a.m. - 5:00 p.m. All change requests must be approved in advance by my Case Specialist. |
| 9. In the event of an emergency (for example, medical), I have been given the number of an emergency hotline. The number is . I understand this number is never to be used for non-emergency situations or to request a schedule change. |
| 10. I understand that I may be held responsible for the Electronic Monitoring GPS equipment and I may be required to reimburse the cost of replacement or repair to BI Incorporated for any lost and/or damaged equipment. |
| 11. I agree to stay within the area designated by ERO, and agree to seek permission to leave this area. I will contact my ISAP Case Specialist with any questions. |

| ACKNOWLEDGEMENT OF REVIEW | |
|---|---|
| **My signature below acknowledges that I have received a copy of the rules and authorized schedule and that they have been explained to me. I also acknowledge that translation services were available upon request. I understand that I must comply with these rules until I have completed the Electronic Monitoring Program, or until otherwise notified by my Intensive Supervision Case Specialist. I also understand that any violation of these rules will constitute a violation that could result in termination of my participation in this program and return to detention.** | |
| Participant Name: JEAN FRANCO FLORES-SALAZAR | |
| Alien Number: 244629080 | |
| Participant Signature: *JEAN FRANCO FLORES-SALAZAR* | Date: *5/22/2025 at 16:25* |
| Case Specialist Signature: *Rachel (CS) Tracy* | Date: *5/22/2025 at 16:25* |

© 2014 BI Incorporated T26-04-058 BI Proprietary & Confidential 

# SUB-EXHIBIT C


Mapping
Tools
Detail
Step 2 - Zone
Step 3 - Schedule
MASTER ZONE
Location:
120 W Mark Rd TX, 76548
Find Location
Map
Satellite
Labels
County
Waco
Austin
Houston
Beaumont
Temple
Belton
Georgetown
Round Rock
Bryan
College Station
Huntsville
Brenham
Katy
Sugar Land
Pasadena
League City
Galveston
Lake Jackson
Victoria
Port Lavaca
Lufkin
Nacogdoches
Crockett
Madisonville
Woodville
Jasper
Port Arthur
Orange
Keyboard shortcuts
Map data ©2025 Google, INEGI Imagery ©2025 NASA
20 mi