# PETITIONER'S OPPOSITION TO RESPONDENT'S MOTION TO DISMISS - EXHIBIT 2

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| JEANFRANCO ALEJANDRO FLORES SALAZAR,<br>Petitioner,<br>v.<br>ANTONE MONIZ, Superintendent, Plymouth County Correctional Facility,<br>Respondent. | **Case No: 1:25-CV-11159-LTS** |

**Declaration of Ivan Rivera**

I, Ivan Rivera, state that the following facts are true and accurate, based on my personal knowledge, and that I am competent to testify to the truth and accuracy of the same:

1. I am 24 years old and am a United States Citizen.
2. I am employed by William Gann to travel to sites around the country for construction work.
3. In early March, I was part of a seven-person crew with Jeanfranco Flores Salazar and five others to work a job up in Maine. The seven of us drove together from Florida to Maine in our employer's van.
4. Our job was supposed to take approximately one to two weeks to complete, and we were staying at the Calais Motor Inn in Calais, Maine for the duration of the job.
5. We had only worked on the job site for a day before the other six members of my crew were arrested by Border Patrol agents.
6. On the evening of March 4, two of our crew members, Jeanfranco and Darwin, had a drink after work at the Motor Inn's restaurant and bar.

7. On the morning of March 5, our crew woke up at approximately 6:30 and then climbed into our work van at approximately 7 A.M. to leave for our job site. I was in the front passenger seat of the van, Darwin was in the driver's seat, and the other five members of our crew were in the back passenger seats.

8. Our van was parked in the Motor Inn parking lot and was still stationary when Customs and Border Patrol agents approached both sides of our van. I could see about three Border Patrol trucks and at least four or five agents.

9. Some agents went up to the driver's side window and other agents came up to my window on the passenger's side and knocked on the windows before we had started moving. It felt like they were waiting for us. The agents were in uniform.

10. The agents asked us to open the side door of the van. They then opened the door and said they needed everyone's identifications. Some of the crew weren't carrying their IDs on their persons, so I asked if I could run back into the hotel to get them and I did.

11. I returned to the van and the crew presented our documents to the agents.

12. The agents told us to get out of the van and said the six other crew members would have to go to the station with the officers. I called my boss on my cell phone to tell him what was happening.

13. The agents started taking pictures of the crew with their phones. The agents had the crew pose in different groups while the agents laughed. It was uncomfortable to watch and I couldn't understand why they were doing it. I later saw that the agents posted some of the pictures on Facebook. A true copy of what I saw on Facebook is attached to this declaration as **Sub-Exhibit A**.

14. We were held there for approximately 45 minutes to an hour. All six of my other crew members were taken into custody.

15. Afterwards, one of the employees at the Motor Inn front desk told me that Border Patrol agents frequent the hotel's restaurant and bar where two of the crew had had a drink the night before their arrests. It is my best guess as to how they knew we were here in the first place.

16. As of today, at least four of our crew members who were arrested are still missing. As far as I know, they are either still in custody or they have already been removed from the country.

Signed under the pains and penalties of perjury this _29th_ day or May, 2025.

/s/ Ivan Rivera
_________________________________

# SUB-EXHIBIT A

5:00

Create story

Sherry Soctomah

Max Morin

55

Aw Virgir

What's Happening Washington Count...

Buddy Floyd · 17m ·

US Border Patrol Houlton Sector

9h ·

U.S. Border Patrol Agents from the Calais Station encountered a black passenger van with multiple people inside on March 5th. The agents determined that 5 of the occupants were illegally present in the United States. They were charged with 8 USC 1182 Alien Inadmissibility and turned over to ERO for removal.









Ryan Gabriel-Ritter + 13

Like Comment Send Share

Rapid Radios

Sponsored ·

The Freedom To Communicate Without Limits: Whether you're at home or abroad, stay in touch with friends, your kids, elderly, or business team members. Thes... See more