# PETITIONER'S OPPOSITION TO RESPONDENT'S MOTION TO DISMISS - EXHIBIT 3

BDN BANGOR DAILY NEWS

60 ° F Bangor

# Border Patrol is ‘unlawfully’ detaining asylum seeker in Maine, petition says

by **Marie Weidmayer**
March 24, 2025

A man detained by U.S. Customs and Border Patrol in Maine since last week is actually an asylum seeker, according to a petition filed Monday.

Richard Sanipatin, 27, was “unlawfully” arrested and detained as a passenger in a car that was allegedly speeding Thursday in Kennebec County. He has since been denied access to his legal counsel, according to the petition for release filed in U.S. District Court of Maine in Bangor.

Sanipatin was one of 16 people called “migrant workers” by police who were detained by Border Patrol last week in Rangeley, the **Lewiston Sun Journal reported.** Sanipatin is still in the Franklin County Jail as of 5 p.m. Monday.

The petition is demanding Sanipatin’s immediate release from custody and a ban on future detention. It names U.S. Attorney General Pamela Bondi, Secretary of the U.S. Department

of Homeland Security Kristi Noem, Acting Director of U.S. Customs and Border Protection Pete Flores, CBP Chief Patrol Agent of Houlton Sector Juan Bernal and Franklin County Sheriff Scott Nichols.

Nichols was not immediately available for comment. The DOJ, CBP and Homeland Security did not immediately respond to requests for comment.

Sanipatin, who is from Ecuador and lives in Framingham, Massachusetts, had previously undergone proceedings to remove him from the U.S. but those were terminated after his asylum application was filed with U.S. Citizenship and Immigration Services, the petition said.

The driver of the car allegedly gave a Kennebec County Sheriff's Office deputy an invalid license. Sanipatin was then forced to present identification as a passenger, the petition said.

Border Patrol transferred Sanipatin to the Franklin County detention center on Thursday night. He was denied access to his legal counsel on Friday, the petition said.

© 2025 Bangor Publishing Company

Powered by Newspack