UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

JEANFRANCO ALEJANDRO          )
FLORES SALAZAR,               )
                             )
            Petitioner,       )
                             )
     v.                       )          Civil Action No. 25-11159-LTS
                             )          (**<u>FILED UNDER SEAL</u>**)
ANTONE MONIZ, Superintendent, )          **Leave to file Granted on June 2, 2025**
Plymouth County Correctional Facility, )
                             )
            Respondent.       )
                             )
_____

**RESPONDENT'S FURTHER RESPONSE TO THE COURT'S
ORDER TO EXPLAIN THE BASIS FOR
<u>PETITIONER'S ARREST AND DETENTION (Docket No. 17)</u>**

Antone Moniz, Superintendent, Plymouth County Correctional Facility ("Respondent"),

by and through his Attorney, Leah B. Foley, United States Attorney for the District of

Massachusetts, herein files a further response to the Court's Order to explain the basis for

Petitioner's arrest and detention (see: Docket No. 17). In further response Respondent submits

the following documents bate stamped D001-D036:

- 213 Report from 2024
- I-200 dated March 5, 2025
- I-286 dated March 5, 2025
- Notice to Appear dated July 18, 2024.
- EARM print out of Encounter Details March 18, 2025
- EARM print out of Encounter Details March 5, 2025
- EARM print out of Encounter Details July 18, 2024
- EARM print out of Detention History
- EARM print out of case comments
- EARM print out of case comments
- I-213 Record of Deportable /Inadmissible Alien dated March 5, 2025

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By:    */s/ Rayford A. Farquhar*
RAYFORD A. FARQUHAR
Assistant United States Attorney
United States Attorney's Office
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100
Rayford.farquhar@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants by First Class Mail.

*/s/ Rayford A. Farquhar*
RAYFORD A. FARQUHAR
Dated: June 2, 2025              Assistant United States Attorney

1