# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JEANFRANCO ALEJANDRO FLORES SALAZAR,<br><br>Petitioner,<br><br>v.<br><br>ANTONE MONIZ, Superintendent, Plymouth County Correctional Facility,<br><br>Respondent. | Case No: 1:25-CV-11159-LTS |

## JOINT MOTION TO STAY LITIGATION

The Parties to the above-captioned petition hereby move this Honorable Court to stay litigation and all pending deadlines for thirty (30) days to permit the Parties to discuss and effect settlement of the Petitioner's requested fees.

    Respectfully submitted,

| | |
|---|---|
| JEANFRANCO ALEJANDRO FLORES SALAZAR, Petitioner, | LEAH B. FOLEY<br>United States Attorney, for Respondent |
| By his attorneys,<br>Northeast Justice Center | By, |
| /s/ Lindsay Kramer Custer | /s/ Rayford A. Farquhar |
| Lindsay Kramer Custer, BBO # 705259<br>Claire Maguire, BBO # 709426<br>Northeast Justice Center<br>50 Island Street, Ste. 203B<br>Lawrence, MA 01840<br>978-888-0625<br>lkcuster@njc-ma.org | RAYFORD A. FARQUHAR<br>Assistant United States Attorney<br>United States Attorney's Office<br>John Joseph Moakley U.S. Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, MA 02210<br>(617) 748-3100<br>Rayford.farquhar@usdoj.gov |
| Dated: July 10, 2025 | Dated: July 10, 2025 |

CERTIFICATE OF SERVICE

I, Lindsay Kramer Custer, hereby certify that I this date served the foregoing Joint Motion to Stay Litigation through the Court's CM/ECF electronic filing system and by so doing served a copy of the same on all registered participants to this action.

Dated: July 10, 2025                                    /s/ Lindsay Kramer Custer
                                                        _____