UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JEANFRANCO ALEJANDRO FLORES SALAZAR, <br><br> Petitioner, <br><br> v. <br><br> ANTONE MONIZ, Superintendent, Plymouth County Correctional Facility, <br><br> Respondent. | Case No: 1:25-CV-11159-LTS |

## JOINT STATUS REPORT

Petitioner Jeanfranco Alejandro Flores Salazar and Respondent Antone Moniz (collectively "the Parties") in the above-captioned petition hereby submit this further joint status report in accordance with the Court's electronic order entered October 1, 2025, at Doc. 40.

### Procedural Background

For a procedural history of the litigation, the Parties refer the Court to their previous status report filed on July 30, 2025, at Doc. 35.

### Current Status

The Parties have agreed to a settlement of Petitioner's requested fees and costs, and the Respondent has determined how the agreed-upon payment will be made by its respective agencies. Due to the recent Government Shutdown and the pause on all non-essential work, Respondent was not permitted to finalize these logistics until late last week when the pause was lifted. The Parties therefore request a short, continued stay of litigation of nine (9) days, to November 26, 2025, at which time they expect to report the case as settled.

1

| | |
|---|---|
| Respectfully submitted, | This 17th day of November, 2025 |
| JEANFRANCO ALEJANDRO FLORES SALAZAR, Petitioner, | LEAH B. FOLEY United States Attorney, for Respondent |
| By his attorneys, Northeast Justice Center | By, |
| /s/ Lindsay Kramer Custer | /s/ Rayford A. Farquhar |
| Lindsay Kramer Custer, BBO # 705259 Claire Maguire, BBO # 709426 Northeast Justice Center 50 Island Street, Ste. 203B Lawrence, MA 01840 978-888-0625 lkcuster@njc-ma.org | RAYFORD A. FARQUHAR Assistant United States Attorney United States Attorney's Office John Joseph Moakley U.S. Courthouse 1 Courthouse Way, Suite 9200 Boston, MA 02210 (617) 748-3100 Rayford.farquhar@usdoj.gov |

CERTIFICATE OF SERVICE

I, Lindsay Kramer Custer, hereby certify that I this date served the foregoing Joint Status Report through the Court's CM/ECF electronic filing system and by so doing served a copy of the same on all registered participants to this action.

Dated: November 17, 2025                                /s/ Lindsay Kramer Custer